```
IN THE UNITED STATES DISTRICT COURT FOR
     THE SOUTHERN DISTRICT OF GEORGIA
              SAVANNAH DIVISION
```

LEONTAE V. DUNCAN,            )
                              )
     Plaintiff,               )
                              )
v.                            )   CASE NO. CV419-014
                              )
SHERIFF JOHN T. WILCHER, LT.  )
W. BLANTON, OFC. J. GIBSON,   )
CORRECT HEALTH INC., NURSE    )
SIMMONS, PAMELA MILLER, SGT.  )
WHITE, CAPTAIN HILL, SGT.     )
JOHNSON, OFC. BRAXTON, and    )
OFC. CHISOLM,                 )
                              )
     Defendants.              )
                              )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 5.) In the report and recommendation, the Magistrate Judge recommends that Plaintiff's complaint should be dismissed due to Plaintiff's failure to comply with the Magistrate Judge's instruction to return a Consent Form and Prison Trust Account Statement by February 7, 2019. (Id.) In lieu of complying with the Magistrate Judge's directive, Plaintiff simply filed an amended complaint and duplicative motion to proceed in forma pauperis. (Doc. 4.) In response to the report and recommendation now presently before the Court, Plaintiff has not provided any objections. Instead, Plaintiff has again

filed an amended complaint and duplicative motion to proceed in forma pauperis. (Doc. 6.) Because Plaintiff has continually failed to file the correct forms as directed by the Magistrate Judge, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 4th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA