# United States District Court
## Southern District of Georgia

LEONTAE V. DUNCAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19CV-014

SHERIFF JOHN T. WILCHER, LT. W. BLANTON, OFC. J. GIBSON, CORRECT HEALTH INC., NURSE SIMMONS, PAMELA MILLER, SGT. WHITE, CAPTAIN HILL, SGT. JOHNSON, OFC. BRAXTON, and OFC. CHISOLM,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated March 4, 2018 adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of the Court, this complaint is dismissed without prejudice. This case stands closed.



03/04/2019
Date

Scott L. Poff
Clerk

*James R. Bunell*
(By) Deputy Clerk